THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH GRAJALES, Also Known as JOSEPH GRANJALES, Appellant. [855 NYS2d 409]—

No opinion. Order filed. Concur—Mazzarelli, J.P., Saxe, Buckley and Catterson, JJ.